

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00318-CV

———————————————

IN RE UCHECHI AMUNEKE-NZE, Relator

---

Original Proceeding
County Court at Law No. 2 of Tarrant County, Texas
Trial Court No. 2021-005659-2

---

Before Bassel, J.; Sudderth, C.J.; and Wallach, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and request for an emergency hearing and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and request for an emergency hearing are denied.

Per Curiam

Delivered: August 11, 2022

2